**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| | : |
| **IN RE:  ALLERGAN BIOCELL TEXTURED** | : Case No. 2:19-md-02921 (BRM) (JAD) |
| **BREAST IMPLANT PRODUCTS LIABILITY** | : MDL No. 2921 |
| **LITIGATION** | : |
| | : JUDGE BRIAN R. MARTINOTTI |
| | : JUDGE JOSEPH A. DICKSON |

**THIS DOCUMENT RELATES TO:** *Dobson v. Allergan Inc., et al.*, 2:19-cv-22121-BRM-JAD

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her undersigned counsel hereby give notice that they voluntarily dismiss this action without prejudice.

Dated: August 26, 2020

Respectfully submitted,

WILLIAMS DIRKS DAMERON LLC

/s/ Matthew L. Dameron
Matthew L. Dameron, KS Bar No. 21071
Michael A. Williams, KS Bar No. 19124
Eric L. Dirks, D. Kan. No. 77996
1100 Main Street, Suite 2600
Kansas City, MO  64105
(Tel.) 816-945-7110
(Fax) 816-945-7118
matt@williamsdirks.com
mwilliams@williamsdirks.com
dirks@williamsdirks.com

SHELL LAW & TAX
Mandy M. Shell, KS Bar No. 23410
1656 Washington, Suite 140
Kansas City, Missouri 64108
(Tel.) 816-399-5030
(Fax) 816-205-8420
mshell@shell-law.com

*Attorneys for Plaintiff and the Proposed Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2020, I electronically filed the foregoing with the Court which will send notification of same to all counsel of record.

/s/ *Matthew L. Dameron*
Matthew L. Dameron

2